FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT — Form 1 Rev. 03/16

United States District Court

for the

Southern District of Mississippi

FILED JAN 19 2017 ARTHUR JOHNSTON BY _____ DEPUTY

The United States, Plaintiff,

v.   Case No. 3-14-cv-751

Wiley Randolph Kuyrkendall, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Wiley Randolph Kuyrkendall (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit Final Judgment Summary Judgment and Decree of Foreclosure (from the final judgment) ((from an order) (describe the order)) entered in this action on Nov 21, 2016

(Signature of appellant or attorney)

Wiley Randolph Kuyrkendall, 200 Grandview Court, Pearl, Mississippi 39208

rf4c@hushmail.com

(Address of appellant or attorney and e-mail address)

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.