# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 02, 2017

Mr. Wiley R. Kuyrkendall
200 Grandview Court
Pearl, MS 39208

    No. 17-60031   USA v. Wiley Kuyrkendall
                     USDC No. 3:14-CV-751

Dear Mr. Kuyrkendall,

Please be advised that your appeal will continue in this court. If you wish to dismiss this appeal, you must file a motion with this court.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Connie Brown, Deputy Clerk
                                      504-310-7671

cc:
    Mr. Robert E. Dozier